| | |
|---|---|
| **No. 15-5041** | **September Term, 2014** |
| | 1:13-cv-00186-BAH |
| | Filed On: March 4, 2015 [1540627] |

Humane Society of the United States, et al.,

    Appellees

    v.

Sally Jewell, Secretary of the Interior, et al.,

    Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

    Appellants

State of Wisconsin, et al.,

    Appellees

-----------------------------

Consolidated with 15-5043, 15-5060, 15-5061

# O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Appellants in case No(s). 15-5060 and 15-5061 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | April 3, 2015 |
| Statement of Issues to be Raised | April 3, 2015 |

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                           BY:    /s/
                                            Lynda M. Flippin
                                            Deputy Clerk

Forms and notices are available on the Court's website.